UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA JOHNSON,<br><br>                      Plaintiff,<br><br>v.<br><br>COMENITY BANK, et al.,<br><br>                      Defendants. | Case No.: 19cv578-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal with prejudice. (Docket no. 4.) Defendants have not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. Although the notice of dismissal mentions a settlement agreement, the Court does not retain jurisdiction to interpret or enforce that agreement.

**IT IS SO ORDERED**.

Dated: May 10, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge